# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2230.  REED v. THE STATE.**

As a pro se prisoner, Shatara Denise Reed filed the captioned appeal from the trial court's order denying her "Motion To Modify/Reduce Sentence" imposed on her after she was convicted of the offense of identity fraud.  After the appeal was docketed on July 10, 2012, Reed sought an extension of time to file an appellate brief and enumeration of errors on the basis that her address had changed from the Dekalb County Jail to Arrendale State Prison in Alto, Georgia, and that the "Notice of Docketing" sent by this Court was not received at Arrendale until July 30, 2012, the last day for timely filing a brief and enumeration of errors.  On October 3, 2012, this Court granted Reed's motion for an extension giving her until October 22, 2012, to file a brief and enumeration of errors.  Because Reed did not timely file a brief and enumeration of errors by October 22, 2012, in accordance with the rules of this Court, nor did she obtain any additional extension of time for filing, this appeal is DISMISSED. Court of Appeals Rule 23 (a); *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2012
*I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
*Witness my signature and the seal of said court* hereto affixed the day and year last above written.


_____ , *Clerk.*